AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>26cv11576 | DATE FILED<br>09/22/2026 | U.S. District Court<br>219 S. Dearborn<br>Chicago, IL. 60604 |

| PLAINTIFF | DEFENDANT |
|---|---|
| Warren Photographic Limited | The Partnerships and Unincorporated Associations Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 See Attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G. Bruton | M NAVARRO | 09/23/2026 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

**Registration Number**
**VA 2-476-620**
**Effective Date of Registration:**
December 05, 2025
**Registration Decision Date:**
January 18, 2026

## Title

**Title of Work:** WP40839 Blue-and-tan Dachshund puppy

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** October 01, 2014
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Warren Photographic Limited
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Warren Photographic Limited
Warren Photographic Ltd. Warren House, Albury Heath, Guildford,, Guildford, GU5 9DB, United Kingdom

## Rights and Permissions

**Organization Name:** info@warrenphotographic.co.uk
**Email:** info@warrenphotographic.co.uk
**Address:** Warren Photographic Ltd. Warren House, Albury Heath, Guildford, Guildford GU5 9DB United Kingdom

## Certification

**Name:** David Denholm

**Date:** December 05, 2025
**Applicant's Tracking Number:** WP2025120401


©Warren Photographic