Exhibit 1

# 001 XSS-SHOP-X







**VA 2-476-620**



002 XingTaiLiZhiWenHuaChuanBoYouXianGongSi







VA 2-476-620



## 003 Qhuie show

4/14/26, 11:57 AM Amazon.com: Types of Dachshunds Dog Knowledge Dachshunds Lover Jigsaw Puzzles Puzzles for Adults 1000 Piece Puzzles fo...

Toys & Games › Puzzles › Jigsaw Puzzles




Click to see full view

Ask Rufus

What skills does it help develop? | Can kids play with this? | Is it made of wood? | Why you might like this | Compare with similar | Ask something else

Types of Dachshunds Dog Knowledge Dachshunds Lover Jigsaw Puzzles Puzzles for Adults 1000 Piece Puzzles for Adults Toys Gift Family Decoration Kids Puzzles

Brand: YNEZIB

5.0 ★★★★★ (1) | Search this page

$23.99

Price history

Get a $50 Amazon Gift Card instantly upon approval for the Mercury Visa Signature Card. Learn more

Color: As Pic27

$23.99 | $24.99 | $26.99 | $24.99

Size: 1000 PCS

- Material: premium quality wooden materials, it is environmentally and has no peculiar smell, delicate printing, the puzzle pieces are sturdy, cut cleanly.
- Size:This Jigsaw puzzle contains puzzle and a poster. 500 piece (52x38cm 20.4x15 inch)/1000 piece (75x50cm 29.5x19.7 inch).
- Jigsaw puzzles helps adult relax and enjoy the time, developing children thinking and practical skills, intellectual game for adult and kids, the perfect parent-children game. you can frame it and hang it on the wall to decorate your home, make your home more beautiful and warm.
- Puzzles for adults 500/1000 piece comes in a deluxe packaging, making it the perfect gift for birthday, christmas and thanksgiving. pass the joy and the art of the adults kids puzzles. 1000 piece puzzle is a great gift for family and friends.
- If you have any questions about our products,please contact us in time, we will reply to you ASAP.

$23.99

$5.50 delivery April 23 - May 4. Details

Deliver to O - Chicago 60604

Only 9 left in stock - order soon.

Quantity: 1

Add to cart

Buy Now

Shipper / Seller: Qhuie show

Returns: 30-day refund/replacement

Payment: Secure transaction

See more

Add to Auto Buy

Add to List

Wooden Puzzles for Adults,...

$13.99

4/14/26, 11:58 AM Place Your Order - Amazon Checkout

Secure checkout

**Delivering to O O**

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

Change

**Paying with Mastercard**[redacted]

Use a gift card, voucher, or promo code

Change

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

Special Offer

**O, we're giving you Prime free for 30 days**

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.

Try Prime free for 30 days

Cancel anytime.

**Arriving Apr 23, 2026 - May 4, 2026**

Types of Dachshunds Dog Knowledge Dachshunds Lover Jigsaw Puzzles Puzzles for Adults 1000 Piece Puzzles for Adults Toys Gift Family Decoration Kids Puzzles

$23.99

Ships from Qhuie show

Sold by Qhuie show

Disclaimers

1

Gift options not available

Thursday, Apr 23 - Monday, May 4

$5.50 - Delivery

Congratulations O, you are eligible for 30 days of Prime for $0!

Try Prime Free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $23.99 |
| Shipping & handling: | $5.50 |
| Estimated tax to be collected:* | $2.46 |
| **Order total:** | **$31.95** |

## VA 2-476-620



## 004 锦朗建筑

4/17/26, 3:48 PM Amazon.com: Types of Dachshunds Vintage Metal Tin Sign Outdoor Indoor Wall Panel Retro Vintage Mural 8x12 Inch : Home & Kit...




Types of Dachshunds Vintage Metal Tin Sign Outdoor Indoor Wall Panel Retro Vintage Mural 8x12 Inch

Brand: Licpact

$11.99

Price history

Get a $50 Amazon Gift Card instantly upon approval for the Mercury Visa Signature Card. Learn more

| | |
|---|---|
| Brand | Licpact |
| Product Dimensions | 12"L x 8"W |
| Style | Retro |

Report an issue with this product or seller

$11.99

FREE delivery April 29 - May 8. Details

Deliver to oO - Chicago 60604

Only 18 left in stock - order soon.

Quantity: 1

Add to cart

Buy Now

Ships from / Sold by 锦朗建筑

Returns: 30-day refund/replacement

Payment: Secure transaction

Add to Auto Buy

Add to List

Based on your recent views

Page 1 of 21



4/17/26, 3:49 PM Place Your Order - Amazon Checkout

amazon Secure checkout

**Delivering to oO**

111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

Change

**Paying with Mastercard** [redacted]

Use a gift card, voucher, or promo code

Change

**Want to save time on your next order and go directly to this step when checking out?**

Default to this delivery address and payment method

Special Offer

[redacted] **we're giving you Prime free for 30 days**

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.

Try Prime free for 30 days

Cancel anytime

**Arriving Apr 29, 2026 - May 8, 2026**



Types of Dachshunds Vintage Metal Tin Sign Outdoor Indoor Wall Panel Retro Vintage Mural 8x12 Inch

$11.99

Ships from 锦朗建筑

Sold by 锦朗建筑

Gift options not available

Wednesday, Apr 29 - Friday, May 8

FREE Delivery

Congratulations[redacted] you are eligible for 30 days of Prime for $0!

Try Prime free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $11.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $1.23 |
| **Order total:** | **$13.22** |

Place your order

**Order total: $13.22**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

**VA 2-476-620**



# 005 Wuhan Moji Mi

4/22/26, 3:35 PM Amazon.com: Metal Dachshunds Posters Animal Lovers Knowledge Wall Decor Home Decor Room Decor Chart Club Printing Plaq…

amazon | Deliver to oO Chicago 60604 | Home & Kitchen | Dachshund+Knowledge+Poster

Prime members save up to 80% on meds | amazon pharmacy




## Metal Dachshunds Posters Animal Lovers Knowledge Wall Decor Home Decor Room Decor Chart Club Printing Plaque Tin Sign 8x12 Inch

Brand: ppooiuu
Search this page

$7.99
Price history

Get a $50 Amazon Gift Card instantly upon approval for the Mercury Visa Signature Card. Learn more

Color: sign03

$7.99 $7.99 $7.99 $7.99 $7.99 $7.99
$7.99 $7.99 $7.99 $7.99 $7.99 $7.99

Size: 8*12 inch

- [Perfect Size]: 12x8 Inches
- [Aluminum Craftsmanship]: Made with high-quality aluminum, ensuring a lightweight yet durable sign that outlasts traditional tin signs.
- [Applicable Scenarios]: Vintage designs coupled with humorous warnings make it Fit For Decoration Of living room,bedroom,kitchen,dining room,gym,garage,meditation room,yoga room,bathroom,farmhouse garden yard,office,studio,shop,bar,Tavern,cafe,hotel,Entertainment venues such as motels or restaurants.
- [Easy Installation]: tin sign has holes in every corner,Comes ready-to-hang, making it a breeze to place in your desired location for maximum visibility.
- [Easy to clean]: just wipe with a damp cloth or rinse with clean water regularly for long-lasting use

› See more product details

Report an issue with this product or seller

$7.99
$4.99 delivery May 4 - 13. Details
Deliver to oO - Chicago 60604
Only 6 left in stock - order soon.
Quantity: 1
Add to cart
Buy Now
Shipper / Seller: Wuhan Moji Mi
Returns: 30-day refund/replacement
Payment: Secure transaction
See more
Add to Auto Buy
Add to List

4/22/26, 3:36 PM Place Your Order - Amazon Checkout

amazon Secure checkout

**Delivering to oO** Change
111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with Mastercard** [redacted] Change
Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

Special Offer
[redacted] **we're giving you Prime free for 30 days**
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime. Try Prime free for 30 days. Cancel anytime.

**Arriving May 4, 2026 - May 13, 2026**



Metal Dachshunds Posters Animal Lovers Knowledge Wall Decor Home Decor Room Decor Chart Club Printing Plaque Tin Sign 8x12 Inch
$7.99
Ships from Wuhan Moji Mi
Sold by Wuhan Moji Mi
Color: sign03
Size: 8*12 inch

1
Gift options not available

Monday, May 4 - Wednesday, May 13
$4.99 - Delivery

Place your order | **Order total: $13.80**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Congratulations [redacted] you are eligible for 30 days of Prime for $0!
Try Prime free
Place your order
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order total: $13.80**

# VA 2-476-620



## 006 tongdongshengfengyubaihuodian

4/14/26, 11:46 AM Amazon.com: Retro Tin Signs Vintage Style Types of Dachshunds Sign,Knowledge Metal Sign Aluminium Iron Painting for Indoor …




4/14/26, 11:47 AM Place Your Order - Amazon Checkout




**VA 2-476-620**



## 007 changshengshucaizhongzhi

4/14/26, 12:42 PM Amazon.com: Types of Dachshunds Metal Sign Vintage Style Knowledge Wall Art Home Bar Coffee Kitchen Decor 12x16 inch : H...

amazon Deliver to oO Chicago 60604 | All | Dachshunds+Knowledge+Metal+Tin+Sign | EN | Hello, Account & Lists | Returns & Orders | Cart

All | Rufus | Join Prime | Same-Day Delivery | Amazon Haul | Medical Care | Pharmacy | Amazon Basics | Amazon Home | Buy Again | Audible | Sell | Pet Supplies | Beauty & Personal Care | Handmade | Computers

Amazon Home | Shop by Room | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Prime members save up to 80% on meds | Learn more | amazon pharmacy

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view

Types of Dachshunds Metal Sign Vintage Style Knowledge Wall Art Home Bar Coffee Kitchen Decor 12x16 inch

Brand: Generic

Search this page

$9.99

Price history

Get a $50 Amazon Gift Card instantly upon approval for the Mercury Visa Signature Card. Learn more

Size: 12x16 inch

6x8 inch | 8x12 inch | 12x16 inch

Color: tin sign 009

$9.99 | $9.99 | $9.99 | $9.99 | $9.99 | $9.99

$9.99 | $9.99 | $9.99 | $9.99

| | |
|---|---|
| Color | tin sign 009 |
| Brand | Generic |
| Product Dimensions | 16"L x 12"W |
| Shape | Rectangular |
| Item Weight | 9.6 ounces |

**About this item**

- 1.Crafted from durable tin metal iron material, this sign is eco-friendly and fully recyclable, providing a sustainable choice for your home and commercial

$9.99

$5.48 delivery April 23 - May 4. Details

Deliver to oO - Chicago 60604

Only 5 left in stock - order soon.

Quantity: 1

Add to cart

Buy Now

| | |
|---|---|
| Shipper / Seller | changshengshucaizhongzhi |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

See more

Add to Auto Buy

Add to List

---

4/14/26, 12:43 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to oO** Change

111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Mastercard**[redacted] Change

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

Special Offer

[redacted] **we're giving you Prime free for 30 days** | Try Prime free for 30 days

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime. Cancel anytime

**Arriving Apr 23, 2026 - May 4, 2026**

Types of Dachshunds Metal Sign Vintage Style Knowledge Wall Art Home Bar Coffee Kitchen Decor 12x16 inch

$9.99

Ships from changshengshucaizhongzhi

Sold by changshengshucaizhongzhi

1

Gift options not available

Thursday, Apr 23 - Monday, May 4
$5.48 - Delivery

Place your order | **Order total: $16.49**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Congratulations[redacted] you are eligible for 30 days of Prime for $0!

Try Prime free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $9.99 |
| Shipping & handling: | $5.48 |
| Estimated tax to be collected:* | $1.02 |
| **Order total:** | **$16.49** |

# VA 2-476-620



## 008 qinyuanfuzhuang

4/22/26, 3:43 PM Amazon.com: Vintage Types Of Dachshunds Dog Knowledge Metal Sign Home Kitchen Barth Garden Art Wall Decor Poster 12x8 I...

amazon Deliver to oO Chicago 60604 | Home & Kitchen | Dachshund+Knowledge+Poster | EN | Hello, Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Same-Day Delivery | Amazon Haul | Medical Care | Pharmacy | Amazon Basics | Amazon Home | Buy Again | Audible | Pet Supplies | Beauty & Personal Care | Browsing History | Handmade

Amazon Home | Shop by Room | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Prime members save up to 80% on meds | amazon pharmacy

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques







Click to see full view

Vintage Types Of Dachshunds Dog Knowledge Metal Sign Home Kitchen Barth Garden Art Wall Decor Poster 12x8 Inch

Brand: YoyaVex

Search this page

$8.99

Price history

Get a $50 Amazon Gift Card instantly upon approval for the Mercury Visa Signature Card. Learn more

Color: HQY-OR-G15

Size: 12"L x 8"W (30x20 CM)

12"L x 8"W (30x20 CM) | 16"L x 12"W (40x30 CM)

| | |
|---|---|
| Color | HQY-OR-G7 |
| Brand | YoyaVex |
| Material | Aluminum, Metal, Tin, metal sign, wall decor |
| Theme | Art |
| Mounting Type | decorative signs |

About this item

- 1:Metal Poster Size Diversification: 8x12 Inch 12x16 Inch

$8.99

$6.99 delivery May 15 - 26. Details

Deliver to oO - Chicago 60604

In stock

Usually ships within 2 to 3 days.

Quantity: 1

Add to cart

Buy Now

Shipper / Seller: qinyuanfuzhuang

Returns: 30-day refund/replacement

Payment: Secure transaction

See more

Add to Auto Buy

Add to List

4/22/26, 3:44 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to oO**

111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

Change

**Paying with Mastercard** [redacted]

Use a gift card, voucher, or promo code

Change

**Want to save time on your next order and go directly to this step when checking out?**

Default to this delivery address and payment method.

Special Offer

[redacted] we're giving you Prime free for 30 days

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.

Try Prime free for 30 days

Cancel anytime

**Arriving May 15, 2026 - May 26, 2026**

Vintage Types Of Dachshunds Dog Knowledge Metal Sign Home Kitchen Barth Garden Art Wall Decor Poster 12x8 Inch

$8.99

Ships from qinyuanfuzhuang

Sold by qinyuanfuzhuang

Color: HQY-OR-G7

Size: 12"L x 8"W (30x20 CM)

1

Gift options not available

Friday, May 15 - Tuesday, May 26

$6.99 - Delivery

Place your order

**Order total: $16.90**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Congratulations[redacted] you are eligible for 30 days of Prime for $0!

Try Prime free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $8.99 |
| Shipping & handling: | $6.99 |
| Estimated tax to be collected: | $0.92 |
| **Order total:** | **$16.90** |

# VA 2-476-620



009 ZZHONP

4/14/26, 12:35 PM Amazon.com: Aluminium Metal Tin Signs Vintage Retro Dachshunds Knowledge Retro Look Home Club bar Wall Art Decoration ...







Click to see full view

Aluminium Metal Tin Signs Vintage Retro Dachshunds Knowledge Retro Look Home Club bar Wall Art Decoration Metal Tin Sign 8 x 12 Inch

Brand: HANRXB

$6.99

Get a $50 Amazon Gift Card instantly upon approval for the Mercury Visa Signature Card. Learn more

Color: **Vintage 5811**

Size: **8 x 12 Inch**

| | |
|---|---|
| **Color** | Vintage 5811 |
| **Brand** | HANRXB |
| **Material** | Aluminum, Iron, Metal, Tin |
| **Theme** | Art |
| **Mounting Type** | Wall Mount |

**About this item**

- THE PERFECT SIZE: This 8 X 12 Inch Aluminium Metal Sign Boasts A Compact Yet Impactful Size, Ideal For Smaller Spaces Or As Part Of A Gallery Wall.
- EXCELLENT MATERIAL: Crafted From Premium Tinplate Material, It Offers Durability And A Rustic Charm That Complements Various Decor Styles.
- CLASSIC VINTAGE DECOR: Made From High-Quality Aluminum Material For Durability And Rustic Charm. These Retro Collectible Aluminum Signs Are A Fun And Attractive Decoration For Your Home, Office, Bar.
- Simple And Safe Artwork: Its Lightweight Design Makes It Easy To Hang With Pre-Drilled Corner Holes, Ensuring Effortless Installation.
- Excellent service:If You Have Any Questions, You Can Contact Us At Any Time. If There Are Any Quality Problems With The Product, We Support A Full Refund, And You Can Click "Add To Cart" Immediately! Buy With Confidence.

See more product details

Report an issue with this product or seller

$6.99

$4.88 delivery **April 24 - May 4**. Details

In stock

Usually ships within 2 to 3 days.

Quantity: 1

Add to cart

Buy Now

Shipper / Seller ZZHONP

Add to Auto Buy

Add to List

4/14/26, 12:36 PM Place Your Order - Amazon Checkout

Secure checkout

**Delivering to oO**

111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Mastercard** [redacted]

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

Default to this delivery address and payment method.

Special Offer

[redacted] **we're giving you Prime free for 30 days**

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.

Try Prime free for 30 days

Cancel anytime.

**Arriving Apr 24, 2026 - May 4, 2026**

Aluminium Metal Tin Signs Vintage Retro Dachshunds Knowledge Retro Look Home Club bar Wall Art Decoration Metal Tin Sign 8 x 12 Inch

**$6.99**

Ships from ZZHONP

Sold by ZZHONP

Gift options not available

Friday, Apr 24 - Monday, May 4

$4.88 - Delivery

Place your order

**Order total: $12.59**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Congratulations [redacted] you are eligible for 30 days of Prime for $0!

Try Prime free

Place your order

| | |
|---|---|
| Items: | $6.99 |
| Shipping & handling: | $4.88 |
| Estimated tax to be collected:* | $0.72 |
| **Order total:** | **$12.59** |

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

**VA 2-476-620**



010 ASDBBBFPXN

4/14/26, 12:39 PM Amazon.com: Aluminium Metal Tin Signs Vintage Retro Dachshunds Knowledge Retro Look Home Club bar Wall Art Decoration ...

amazon Deliver to oO Chicago 60604 | Garden & Outdoor | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | Cart

All | Rufus | Join Prime | Same-Day Delivery | Amazon Haul | Medical Care | Pharmacy | Amazon Basics | Amazon Home | Buy Again | Audible | Sell | Pet Supplies | Beauty & Personal Care | Handmade | Computers

Amazon Home | Shop by Room | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Prime members save up to 80% on meds | Learn more | amazon pharmacy




Click to see full view

## Aluminium Metal Tin Signs Vintage Retro Dachshunds Knowledge Retro Look Home Club bar Wall Art Decoration Metal Tin Sign 6x8 Inch

Brand: IFJFP
Search this page

$4.88

Price history

- Size: 6" x 8" (15x20cm). Weight:0.05 kg.These tin signs are made of high quality metal. These eye-catching signs are not easy to bend, harmless, will not rust and fade. It is environmentally friendly and recyclable.
- Easy to hang: Lightweight, multiple mounting options allow for easy installation on any surface, no adhesives required. These signs are sure to add personality and style.
- Versatile display: The metal sign is versatile and can be displayed in a variety of ways. It can be hung on walls, placed on shelves, or used as a decorative table centerpiece.
- Perfect gift: You can give it to yourself or others as a collection or gift, it is a perfect gift for various occasions. You can choose your favorite pattern according to our store.
- Wide range of applications: These metal signs are not really rusty. It is a fun and attractive decoration for your house, cafe, kitchen, club, office, bar, restaurant, bathroom, dormitory, garage!

› See more product details

Report an issue with this product or seller

$4.88

$5.10 delivery April 22 - 30. Details

Deliver to oO - Chicago 60604

Only 5 left in stock - order soon.

Quantity: 1

Add to cart

Buy Now

Shipper / Seller ASDBBBFPXN

Returns 30-day refund/replacement

Payment Secure transaction

See more

Add to Auto Buy

Add to List

Products related to this item Sponsored

Page 1 of 58

SKI BUMS WELCOME | FISHERMAN PARKING | Bait and Tackle | RENTALS | FISHING SHACK

4/14/26, 12:40 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to oO** Change
111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with Mastercard** [redacted] Change
Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**
Default to this delivery address and payment method.

Special Offer
[redacted] we're giving you Prime free for 30 days | Try Prime free for 30 days
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime. | Cancel anytime

**Arriving Apr 22, 2026 - Apr 30, 2026**



Aluminium Metal Tin Signs Vintage Retro Dachshunds Knowledge Retro Look Home Club bar Wall Art Decoration Metal Tin Sign 6x8 Inch
$4.88
Ships from ASDBBBFPXN
Sold by ASDBBBFPXN

1

Gift options not available

Wednesday, Apr 22 - Thursday, Apr 30
$5.10 - Delivery

Place your order | **Order total: $10.48**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Congratulations[redacted] you are eligible for 30 days of Prime for $0!
Try Prime free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $4.88 |
| Shipping & handling: | $5.10 |
| Estimated tax to be collected: | $0.50 |
| **Order total:** | **$10.48** |

# VA 2-476-620



# 011 PEidune

4/22/26, 3:40 PM Amazon.com: Metal Signs Types Of Dachshunds Posters Animal Lovers Knowledge Wall Decor Home Decor Room Decor Chart Cl...

amazon Deliver to oO Chicago 60604 | Home & Kitchen | Dachshund+Knowledge+Poster | EN | Hello, Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Same-Day Delivery | Amazon Haul | Medical Care | Pharmacy | Amazon Basics | Amazon Home | Buy Again | Audible | Pet Supplies | Beauty & Personal Care | Browsing History | Handmade

Amazon Home | Shop by Room | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Prime members save up to 80% on meds | Learn more | amazon pharmacy

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view



Metal Signs Types Of Dachshunds Posters Animal Lovers Knowledge Wall Decor Home Decor Room Decor Chart Club Printing Plaque 8x6 Inches

Brand: BFGNI
Search this page

$4.88

Price history

Get a $50 Amazon Gift Card instantly upon approval for the Mercury Visa Signature Card. Learn more

Report an issue with this product or seller

$4.88

$4.98 delivery May 4 - 13. Details

Deliver to oO - Chicago 60604

Only 6 left in stock - order soon.

Add to cart

Buy Now

Shipper / Seller PEidune

Returns 30-day refund/replacement

Payment Secure transaction

See more

Add to Auto Buy

Add to List

Overstock deals on Decorative Signs & Plaques Explore more in Outlet | Page 1 of 15



4/22/26, 3:40 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to oO** Change
111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with Mastercard** [redacted] Change
Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**
Default to this delivery address and payment method

Special Offer
[redacted] we're giving you Prime free for 30 days | Try Prime free for 30 days
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime. | Cancel anytime

**Arriving May 4, 2026 - May 13, 2026**



Metal Signs Types Of Dachshunds Posters Animal Lovers Knowledge Wall Decor Home Decor Room Decor Chart Club Printing Plaque 8x6 Inches
$4.88
Ships from PEidune
Sold by PEidune

Monday, May 4 - Wednesday, May 13
$4.98 - Delivery

1

Gift options not available

Place your order | **Order total: $10.36**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Congratulations [redacted] you are eligible for 30 days of Prime for $0!
Try Prime free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $4.88 |
| Shipping & handling: | $4.98 |
| Estimated tax to be collected:* | $0.50 |
| **Order total:** | **$10.36** |

# VA 2-476-620



# 012 chengjiangchengyushangmaoyouxiangongsi

4/14/26, 12:04 PM Amazon.com : HOUVSSEN Types of Dachshunds Poster Knowledge Wall Décor Art Gift for Dog Lover Chart Metal Tin Sign Scho…






Click to see full view

HOUVSSEN Types of Dachshunds Poster Knowledge Wall Décor Art Gift for Dog Lover Chart Metal Tin Sign School Metal Tin Signs 8x12 Inch

Brand: HOUVSSEN

Search this page

$6.60

Price history

Get a $50 Amazon Gift Card instantly upon approval for the Mercury Visa Signature Card. Learn more

| | |
|---|---|
| **Brand** | HOUVSSEN |
| **Material** | Metal |
| **Theme** | Dog |
| **Recommended Uses For Product** | Home or office decoration, particularly for dog lovers |
| **Mounting Type** | Wall Mount |

Report an issue with this product or seller

$6.60

$6.98 delivery **April 22 - 30**. Details

Deliver to oO - Chicago 60604

Only 5 left in stock - order soon.

Quantity: 1

Add to cart

Buy Now

Shipper / Seller chengjiangchengyushangmaoyouxiangongsi

Returns 30-day refund/replacement

Payment Secure transaction

See more

Add to Auto Buy

Add to List

Ask Rufus

Is it weatherproof? Can it be hung outdoors? Does it come with a frame? Why you might like this Compare with similar Ask something else

Based on your recent shopping trends Page 1 of 2

4/14/26, 12:05 PM Place Your Order - Amazon Checkout

amazon Secure checkout

**Delivering to oO** Change

111 W JACKSON BLVD, CHICAGO IL 60604-1589, CHICAGO, IL, 60604-1589, United States

Add delivery instructions

**Paying with Mastercard** [redacted] Change

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

Default to this delivery address and payment method.

Special Offer

[redacted] **we're giving you Prime free for 30 days** Try Prime free for 30 days

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime. Cancel anytime.

**Arriving Apr 22, 2026 - Apr 30, 2026**

HOUVSSEN Types of Dachshunds Poster Knowledge Wall Décor Art Gift for Dog Lover Chart Metal Tin Sign School Metal Tin Signs 8x12 inch

$6.60

Ships from chengjiangchengyushangmaoyouxiangongsi

Sold by chengjiangchengyushangmaoyouxiangongsi

Gift options not available

Wednesday, Apr 22 - Thursday, Apr 30

$6.98 - Delivery

Place your order **Order total: $14.26**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Congratulations [redacted] you are eligible for 30 days of Prime for $0!

Try Prime free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $6.60 |
| Shipping & handling: | $6.98 |
| Estimated tax to be collected:* | $0.68 |
| **Order total:** | **$14.26** |

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

**VA 2-476-620**



## 013 nanningshiguitiantushifanggongchengyouxiangongsi

4/14/26, 12:23 PM    Amazon.com: Retro Dachshund Knowledge Metal Tin Sign Dog Poster Dachshund Vintage Wall Sign Pet Wall Art Vintage Countr...

amazon | Deliver to O Chicago 60604 | Home & Kitchen | Dachshund Knowledge Poster | EN | Hello, O Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Health AI | Same-Day Delivery | Amazon Haul | Medical Care | Home Improvement | Amazon Basics | Amazon Business | Buy Again | Audible | Pet Supplies

Amazon Home | Shop by Room | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Discover fashion with sustainability features

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view



### Retro Dachshund Knowledge Metal Tin Sign Dog Poster Dachshund Vintage Wall Sign Pet Wall Art Vintage Country Home Decor for Living Room Kitchen Farm Decoration es 8"x12"

Brand: LLGJHW
Search this page

$5.99
Price history

Get a $50 Amazon Gift Card instantly upon approval for the Mercury Visa Signature Card. Learn more

| | |
|---|---|
| **Color** | tinsignA1974 |
| **Brand** | LLGJHW |
| **Material** | Aluminum, Iron, Metal, Tin |
| **Theme** | Art |
| **Mounting Type** | Wall Mount |

**About this item**

- Size Details: Approx. 15 X 20 cm (6 X 8 inches) / Approx. 20 X 30 cm (8 X 12 inches) / Approx. 30 X 41 cm (12 X 16 inches) Three sizes to choose from!
- Material:These Are High Quality Metal Sign.100% Brand New. Made Of High-Quality Aluminum, Eco-Friendly Wall Pediments. High Quality Waterproof, Non-Glare, Fashionable Design.
- Easy To Hang: There Are Holes, Creases And Rounded Corners At The Corners Of The Signs, Which Are Easy To Install And Avoid Injuries. The Edges Of Each Tin Sign Are Rolled And Hemmed For Safe Handling.
- Applicable Occasion: Metal Signs Fit For Decoration Of Office Home, Porch,

$5.99
$6.88 delivery **April 23 - May 4**. Details
Deliver to O - Chicago 60604
In Stock
Quantity: 1
Add to cart
Buy Now

| | |
|---|---|
| Shipper / Seller | nanningshiguitiantushifanggongchengyouxiangongsi |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

See more
Add to Auto Buy
Add to List

---

4/14/26, 12:23 PM    Place Your Order - Amazon Checkout

amazon    Secure checkout    Cart

**Delivering to O O**    Change
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with Mastercard**[redacted]    Change
Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

Special Offer
**O, we're giving you Prime free for 30 days**    Try Prime Free for 30 days
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.    Cancel anytime.

**Arriving Apr 23, 2026 - May 4, 2026**



Retro Dachshund Knowledge Metal Tin Sign Dog Poster Dachshund Vintage Wall Sign Pet Wall Art Vintage Country Home Decor for Living Room Kitchen Farm Decoration es 8"x12"
**$5.99**
Ships from
nanningshiguitiantushifanggongchengyouxiangongsi
Sold by
nanningshiguitiantushifanggongchengyouxiangongsi

1

Gift options not available

◉ **Thursday, Apr 23 - Monday, May 4**
$6.88 - Delivery

**Congratulations O, you are eligible for 30 days of Prime for $0!**
Try Prime Free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $5.99 |
| Shipping & handling: | $6.88 |
| Estimated tax to be collected:* | $0.61 |
| **Order total:** | **$13.48** |

# VA 2-476-620



# 014 guangxihaoyangjianzhuzhuangxiuzhuangshigongchengyouxiangongsi

4/14/26, 12:32 PM Amazon.com: asfqweff Retro Dachshund Knowledge Metal Tin Sign Dog Poster Dachshund Vintage Wall Sign Pet Wall Art Vintag…

amazon | Deliver to oO Chicago 60604 | Home & Kitchen | Dachshund Knowledge Poster | EN | Hello, Account & Lists | Returns & Orders | Cart

All | Rufus | Join Prime | Same-Day Delivery | Amazon Haul | Medical Care | Pharmacy | Amazon Basics | Amazon Home | Buy Again | Audible | Sell | Pet Supplies | Beauty & Personal Care | Handmade | Computers

Amazon Home | Shop by Room | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Prime members save up to 80% on meds | amazon pharmacy

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view

asfqweff Retro Dachshund Knowledge Metal Tin Sign Dog Poster Dachshund Vintage Wall Sign Pet Wall Art Vintage Country Home Decor for Living Room Kitchen Farm Decoration es 8"x12"

Brand: asfqweff

Search this page

$5.99

Price history

- Perfect Size: The Metal Sign Is 8 X 12 Inch.
- Material:These Are High Quality Metal Sign.100% Brand New. Made Of High-Quality Tinplate, Eco-Friendly Wall Pediments. High Quality Waterproof, Non-Glare, Fashionable Design.
- Easy To Hang: There Are Holes, Creases And Rounded Corners At The Corners Of The Signs, Which Are Easy To Install And Avoid Injuries. The Edges Of Each Tin Sign Are Rolled And Hemmed For Safe Handling.
- Applicable Occasion: Metal Signs Fit For Decoration Of Office Home, Porch, Dining Table, Bar, Club, Garage, Restaurant, Cafe Etc.
- Our Service: A Truly Novel Unique Gift Filled With Your Sincere Love, Which Will Bring A Smile To Everyone. We Are Committed To Bringing You The Best Quality Products At The Most Affordable Prices.We Always Insist On Providing Buyers With Good Shopping Experience, If There Are Any Quality Problems Or You Have Any Questions, Please Contact Us, We Will Reply You Within 24 Hours.

See more product details

Report an issue with this product or seller

$5.99

$6.88 delivery April 23 - May 4. Details

Deliver to oO - Chicago 60604

In Stock

Quantity: 1

Add to cart

Buy Now

Shipper / Seller guangxihaoyangjianzhuzhuangxiuzhuangshigongc…

Returns 30-day refund/replacement

Customer service Amazon

See more

Add to Auto Buy

Add to List

Ask Rufus

What themes does the poster have? | Is it weatherproof? | Can it be hung outdoors?

Why you might like this | Compare with similar | Ask something else

4/14/26, 12:33 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to oO** Change

111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Mastercard** [redacted] Change

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

Special Offer

[redacted] **we're giving you Prime free for 30 days**

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.

Try Prime free for 30 days

Cancel anytime.

**Arriving Apr 23, 2026 - May 4, 2026**



asfqweff Retro Dachshund Knowledge Metal Tin Sign Dog Poster Dachshund Vintage Wall Sign Pet Wall Art Vintage Country Home Decor for Living Room Kitchen Farm Decoration es 8"x12"

**$5.99**

Ships from

Sold by

1

Gift options not available

Thursday, Apr 21 - Monday, May 4

$6.88 - Delivery

Congratulations [redacted] you are eligible for 30 days of Prime for $0!

Try Prime free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $5.99 |
| Shipping & handling: | $6.88 |
| Estimated tax to be collected:* | $0.61 |
| **Order total:** | **$13.48** |

Place your order | **Order total: $13.48**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us.

## VA 2-476-620



015 wangchaoqun34

4/14/26, 11:54 AM Amazon.com: Retro Metal Tin Sign Dachshund Knowledge Poster Dachshund Vintage Wall Sign Dog Wall Art Vintage Tin Sign Co...

amazon

Shop gear for golf season

Home & Kitchen › Wall Art › Posters & Prints






Click to see full view

Ask Rufus

Retro Metal Tin Sign Dachshund Knowledge Poster Dachshund Vintage Wall Sign Dog Wall Art Vintage Tin Sign Country Home Decor for Living Room,Kitchen,Farm Decoration 8X12Inch

Brand: Mocozim

$7.99

Price history

Get a $50 Amazon Gift Card instantly upon approval for the Mercury Visa Signature Card. Learn more

| | |
|---|---|
| Color | 10 |
| Brand | Mocozim |
| Material | Tin |
| Theme | Country,Dog,Retro,Vintage |
| Recommended Uses For Product | wall decoration in residential and commercial spaces |

**About this item**

- Material:Tin/Metal
- Size: 8"x12" (20cm*30cm)
- The tin plate printing is not really rusty. It is printed with waterproof and anti-glare high-definition digital printing ink. It needs a more authentic retro impression, no matter the sun, rain, or other extreme weather will not fade.
- We have carefully designed this logo, taking all aspects into consideration to make it easy to read from anywhere. The simple and stylish design makes it suitable for wall decoration such as home door, bedroom, bathroom, dining room, laundry room, garden, office, bar, dining room, dorm, cafe, bar street, billiard room, hotel, club wall And attractive decorations, manholes, garages, to create a simple and stylish atmosphere.
- Tin Sign Vintage Metal plate will be a very meaningful gift for your friends and family.

See more product details

Report an issue with this product or seller

$7.99

Only 18 left in stock - order soon.

Quantity: 1

Add to cart

Buy Now

Add to Auto Buy

Add to List

LUKIPOM Funny French Bulldog...

$7.99

Customers who bought this also listened to these Amazon Music podcasts




4/14/26, 11:55 AM Place Your Order - Amazon Checkout

amazon Secure checkout

**Delivering to O O** Change

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Mastercard** [redacted] Change

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

Default to this delivery address and payment method.

Special Offer

**O, we're giving you Prime free for 30 days**

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.

Try Prime free for 30 days

Cancel anytime.

**Arriving Apr 29, 2026 - May 13, 2026**



Retro Metal Tin Sign Dachshund Knowledge Poster Dachshund Vintage Wall Sign Dog Wall Art Vintage Tin Sign Country Home Decor for Living Room,Kitchen,Farm Decoration 8X12Inch

**$7.99**

Ships from wangchaoqun34

Sold by wangchaoqun34

1

Gift options not available

**Wednesday, Apr 29 - Wednesday, May 13**

$5.99 - Delivery

Congratulations O, you are eligible for 30 days of Prime for $0!

Try Prime Free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $7.99 |
| Shipping & handling: | $5.99 |
| Estimated tax to be collected:* | $0.82 |
| **Order total:** | **$14.80** |

# VA 2-476-620



016 尚捷科技

20/04/2026, 13:18 Amazon.com: Metal Vintage Tin Sign Decor Types Of Dachshunds Dog Poster - Dachshund Print - Sausage Dog Poster - Gift for ...




20/04/2026, 13:20 Place Your Order - Amazon Checkout




VA 2-476-620



# 017 guizhouxiangwangyinkejiyouxiangongsi

4/14/26, 12:15 PM Amazon.com: Dachshund Breed Poster, Metal Sign Art Wall Decor, Dachshund Art Wall Hanging, 8x6 inches : Home & Kitchen

amazon Deliver to oO Chicago 60604 | Garden & Outdoor | Search Amazon | EN | Hello, Account & Lists | Returns & Orders | Cart

All | Rufus | Join Prime | Same-Day Delivery | Amazon Haul | Medical Care | Pharmacy | Amazon Basics | Amazon Home | Buy Again | Audible | Sell | Pet Supplies | Beauty & Personal Care | Handmade | Computers

Amazon Home | Shop by Room | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Discover fashion with sustainability features

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques






Click to see full view



Dachshund Breed Poster, Metal Sign Art Wall Decor, Dachshund Art Wall Hanging, 8x6 inches

Brand: FIVJT

Search this page

$4.88

Price History

Get a $50 Amazon Gift Card instantly upon approval for the Mercury Visa Signature Card. Learn more

Size: 7.9x5.9 inch

7.9x5.9 inch | 7.9x11.9 inch | 11.9x15.9 inch

Color: tin sign008

$4.88

$4.88

$4.87 delivery April 23 - May 4. Details

Deliver to oO - Chicago 60604

Only 2 left in stock - order soon.

Add to cart

Buy Now

Shipper / Seller: guizhouxiangwangyinkejiyouxiangongsi

Returns: 30-day refund/replacement

Payment: Secure transaction

See more

Add to Auto Buy

Add to List

| | |
|---|---|
| Color | tin sign008 |
| Brand | FIVJT |
| Product Dimensions | 8"L x 6"W |
| Shape | Rectangular |

**About this item**

- DECORATION: Our metal signs add a touch of glamor to any occasion. The natural font creates a warm and inviting atmosphere, making it the perfect addition to your home.
- Material and Size: Approximately 8x6inches, Each tin sign is made of natural aluminum for durability.
- Instructions For Use: The Metal Desk Sign Has A Free-Standing Design, Allowing You To Easily Hang It On Any Surface And Can Be Easily Installed With Screws.
- Application: Valentine's Day tin signs are not only suitable for work rooms, but

4/14/26, 12:16 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to oO** Change

111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Mastercard** [redacted] Change

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

Default to this delivery address and payment method.

Special Offer

[redacted] **we're giving you Prime free for 30 days** Try Prime free for 30 days

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime. Cancel anytime.

**Arriving Apr 23, 2026 - May 4, 2026**



Dachshund Breed Poster, Metal Sign Art Wall Decor, Dachshund Art Wall Hanging, 8x6 inches

$4.88

Ships from guizhouxiangwangyinkejiyouxiangongsi

Sold by guizhouxiangwangyinkejiyouxiangongsi

1

Gift options not available

Thursday, Apr 23 - Monday, May 4

$4.87 - Delivery

Place your order | **Order total: $10.25**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Congratulations [redacted] you are eligible for 30 days of Prime for $0!

Try Prime free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $4.88 |
| Shipping & handling: | $4.87 |
| Estimated tax to be collected: | $0.50 |
| **Order total:** | **$10.25** |

# VA 2-476-620



018 eonikee

4/14/26, 12:18 PM Amazon.com: Types Of Dachshunds Posters Wall Decor Animal Lovers Knowledge Metal Signs Home Decor Room Decor Chart ...

amazon Deliver to oO Chicago 60604 | Garden & Outdoor | Search Amazon | EN | Hello, Account & Lists | Returns & Orders | Cart

All | Rufus | Join Prime | Same-Day Delivery | Amazon Haul | Medical Care | Pharmacy | Amazon Basics | Amazon Home | Buy Again | Audible | Sell | Pet Supplies | Beauty & Personal Care | Handmade | Computers

Amazon Home | Shop by Room | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Prime members save up to 80% on meds | amazon pharmacy

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques






Click to see full view

Types Of Dachshunds Posters Wall Decor Animal Lovers Knowledge Metal Signs Home Decor Room Decor Chart Club Printing Plaque 8x12 Inches

Brand: BFGNI

Search this page

$6.88

Price history

Get a $50 Amazon Gift Card instantly upon approval for the Mercury Visa Signature Card. Learn more

Report an issue with this product or seller

$6.88

$5.65 delivery April 23 - May 4. Details

Deliver to oO - Chicago 60604

Only 6 left in stock - order soon.

Add to cart

Buy Now

Shipper / Seller eonikee

Returns 30-day refund/replacement

Payment Secure transaction

See more

Add to Auto Buy

Add to List

Products related to this item Sponsored

Page 1 of 58




4/14/26, 12:19 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

Delivering to oO

111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

Change

Paying with Mastercard [redacted]

Use a gift card, voucher, or promo code

Change

Want to save time on your next order and go directly to this step when checking out?

Default to this delivery address and payment method

Special Offer

[redacted] we're giving you Prime free for 30 days

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.

Try Prime free for 30 days

Cancel anytime

Arriving Apr 23, 2026 - May 4, 2026



Types Of Dachshunds Posters Wall Decor Animal Lovers Knowledge Metal Signs Home Decor Room Decor Chart Club Printing Plaque 8x12 Inches

$6.88

Ships from eonikee

Sold by eonikee

Gift options not available

Thursday, Apr 23 - Monday, May 4

$5.65 - Delivery

Congratulations [redacted] you are eligible for 30 days of Prime for $0!

Try Prime free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $6.88 |
| Shipping & handling: | $5.65 |
| Estimated tax to be collected: | $0.71 |
| **Order total:** | **$13.24** |

Place your order

Order total: $13.24

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

VA 2-476-620



# 019 Peastrog

4/14/26, 12:21 PM Amazon.com: Peastrog Metal Tin Sign Types of Dachshunds Poster Prints for Walls Modern Pictures for Bedroom Print Art Home ...




Click to see full view

Ask Rufus

Can it be hung outdoors? | Is it easy to mount? | Does it come with mounting hardware? | Why you might like this | Compare with similar | Ask something else

## Metal Tin Sign Types of Dachshunds Poster Prints for Walls Modern Pictures for Bedroom Print Art Home Wall Decorations for Bathroom Vertical Artwork (12x16inch(30x40cm))

Brand: Peastrog

Search this page

$17.90

Price history

Get a $50 Amazon Gift Card instantly upon approval for the Mercury Visa Signature Card. Learn more

Size: 12x16inch(30x40cm)

12x16inch(30x40cm) $17.90 | 12x8inch(20x30cm) $13.90

- DURABLE MATERIAL: Made of aluminum, this metal sign is rust-resistant, can withstand indoor or outdoor use, no fading, beautiful and functional.
- VINTAGE/MODERN DESIGN: this sign adds a unique, eye-catching aesthetic to any space, from home decor to commercial spaces like home, cafes, and garages.
- EASY TO INSTALL: Pre-drilled holes in each corner make it easy to hang this sign securely on any wall, fence, or surface, with no additional hardware required.
- MULTIPLE SIZE OPTIONS: Available in a variety of sizes, it's perfect for any space, whether you're decorating a small corner or making a statement with a large wall display.
- IDEAL GIFT IDEA: Whether it's a birthday, holiday, or housewarming, these metal signs make a thoughtful and unique gift for friends, family, or coworkers who appreciate stylish, functional decor.

Report an issue with this product or seller

$17.90

FREE delivery April 29 - May 13. Details

Deliver to oO - Chicago 60604

In Stock

Quantity: 1

Add to cart

Buy Now

Shipper / Seller: Peastrog

Returns: 30-day refund/replacement

Payment: Secure transaction

See more

Add to Auto Buy

Add to List

Customers also viewed these products

Page 1 of 2

4/14/26, 12:22 PM Place Your Order - Amazon Checkout

Secure checkout

**Delivering to oO** Change

111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Mastercard [redacted]** Change

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

Special Offer

**[redacted] we're giving you Prime free for 30 days**

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.

Try Prime free for 30 days

Cancel anytime.

**Arriving Apr 29, 2026 - May 13, 2026**

Peastrog Metal Tin Sign Types of Dachshunds Poster Prints for Walls Modern Pictures for Bedroom Print Art Home Wall Decorations for Bathroom Vertical Artwork (12x16inch(30x40cm))

$17.90

Ships from Peastrog

Sold by Peastrog

1

Gift options not available

Wednesday, Apr 29 - Wednesday, May 13

FREE Delivery

Place your order | **Order total: $19.73**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us.

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Congratulations[redacted] you are eligible for 30 days of Prime for $0!

Try Prime free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $17.90 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected:* | $1.83 |
| **Order total:** | **$19.73** |

# VA 2-476-620



020 Rtulieo

4/14/26, 12:46 PM Amazon.com: Types Of Dachshunds Metal Sign - 5.5x8inch Dog Knowledge Wall Art - Inspirational Pet Lover Decor : Home & Kitc...




4/14/26, 12:47 PM Place Your Order - Amazon Checkout




VA 2-476-620



021 zhouxiaoheng44







VA 2-476-620



# 022 ngQianHu

4/14/26, 12:15 PM Amazon.com: Jigsaw Puzzles Types of Dachshunds Dog, Knowledge, Dachshunds Lover Wooden Puzzle Intellectual Educational…

amazon Deliver to O Chicago 60604 | Toys & Games | Search Amazon | EN | Hello, O Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Health AI | Same-Day Delivery | Amazon Haul | Medical Care | Home Improvement | Amazon Basics | Amazon Business | Buy Again | Audible | Pet Supplies

Toys & Games | Shop Toys by Character | Shop Best Selling Toys | Shop Newly Released Toys | Shop Amazon Exclusive Toys | Shop Toy Deals | Create a Gift List

amazon one medical Get glowing skin with tretinoin

Toys & Games › Puzzles › Jigsaw Puzzles






Click to see full view

Ask Rufus

## Jigsaw Puzzles Types of Dachshunds Dog, Knowledge, Dachshunds Lover Wooden Puzzle Intellectual Educational Toys Training Decompression Games for Easter Hallowen Christmas Birthday 500PCS

Brand: Wooeey

5.0 ★★★★★ (2) | Search this page

$21.99

Price history

Get a $50 Amazon Gift Card instantly upon approval for the Mercury Visa Signature Card. Learn more

- Material:Made of high-quality Wood materials,Jigsaw puzzles with unique-cut piece for the perfect interlocking fit without frustration.
- PUZZLE GAME:Puzzles can Improve Memory |Increase Creativity | Stress Reliever | Problem Solving | Happy Time with Friends and Family | Social Skills | Better Collaboration.
- PERFECT GIFT:Puzzles for adults comes in a DELUXE PACKAGING, making it the perfect gift for Birthday, Christmas and Thanksgiving,,great gift for family and friends.
- Package:1 Set Of Jigsaw Puzzle for adults+ 1 x Puzzle poster.
- PUZZLES SERVICE:If you have any questions, you can contact us, or get more support from the Official Website ASAP.

› See more product details

Report an issue with this product or seller

Similar item with fast delivery

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$21.99

FREE delivery May 4 - 19 on orders shipped by Amazon over $35

Or fastest delivery May 4 - 18

Deliver to O - Chicago 60604

Quantity: 1

Add to cart

Buy Now

Ships from Amazon

Sold by ngQianHu

Returns 30-day refund / replacement

Payment Secure transaction

See more

Add to Auto Buy

---

4/14/26, 12:16 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to O O** Change

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Mastercard**[redacted] Change

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

Why pay for delivery?

**O, we're giving you Prime free for 30 days** Try Prime free for 30 days

Get your Prime eligible items Monday, May 18 for FREE Cancel anytime.

**Arriving May 4, 2026 - May 18, 2026**



Jigsaw Puzzles Types of Dachshunds Dog, Knowledge, Dachshunds Lover Wooden Puzzle Intellectual Educational Toys Training Decompression Games for Easter Hallowen Christmas Birthday 500PCS

**$21.99**

Ships from Amazon.com

Sold by ngQianHu

1

Add gift options

○ Monday, May 18

Fast, FREE Delivery

**FREE Prime Delivery with your free trial of Prime**

◉ Monday, May 4 - Monday, May 18

$6.99 - Delivery

Congratulations O, you are eligible for 30 days of Prime for $0!

Get Prime Delivery on your Prime eligible items with your free trial

Try Prime free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $21.99 |
| Shipping & handling: | $6.99 |
| Estimated tax to be collected: | $2.25 |

Order to

**VA 2-476-620**



# 023 guochunren







**VA 2-476-620**



024 guangxilingshanxianguanlinmuyeyouxiangongsi

4/14/26, 11:55 AM Amazon.com: 500 Piece Types of Dachshunds Great Jigsaw Puzzles for Adults Dog Puzzles for Adults Toys Gift Family Decoratio…




4/14/26, 11:56 AM Place Your Order - Amazon Checkout




VA 2-476-620



025 neimdw124

4/14/26, 11:51 AM Amazon.com: Animal Dachshunds Poster Types of Dachshunds Knowledge Canvas Wall Art Aesthetic Decorative Painting Living ...




4/14/26, 11:52 AM Place Your Order - Amazon Checkout




VA 2-476-620



026 休非倍

4/14/26, 12:21 PM Amazon.com: Types Of Dachshunds Vintage Knowledge Chart Poster Canvas Wall Art Posters For Room Aesthetic And Decor Po...

amazon Deliver to O Chicago 60604 | Home & Kitchen | Dachshund+Knowledge+Poster | EN | Hello, O Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Health AI | Same-Day Delivery | Amazon Haul | Medical Care | Home Improvement | Amazon Basics | Amazon Business | Buy Again | Audible | Pet Supplies | Beauty & Personal Care

Amazon Home | Shop by Room | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Discover fashion with sustainability features

Home & Kitchen › Wall Art › Posters & Prints







Click to see full view

Types Of Dachshunds Vintage Knowledge Chart Poster Canvas Wall Art Posters For Room Aesthetic And Decor Poster For Bedroom Living Room Bathroom Kitchen Office Decor 08x12inch(20x30cm) Unframe-style

Brand: Generic

Search this page

$15.68

Price history

Get a $50 Amazon Gift Card instantly upon approval for the Mercury Visa Signature Card. Learn more

Size: 08x12inch(20x30cm)

12x18inch(30x45cm) | 08x12inch(20x30cm) | 16x24inch(40x60cm) | 20x30inch(50x75cm) | 24x36inch(60x90cm)

Color: Unframe-style

$15.68 | $28.68

- Posters for Room aesthetic Print: This picture decor is crafted using only the finest high-end canvas, ensuring durability and a premium finish. We take pride in using environmentally friendly ink that is harmless to you and the planet. With the top inkjet printer in the industry, each print boasts vibrant colors and

$15.68

$10 delivery May 5 - 13. Details

Or fastest delivery April 20 - 22. Details

Deliver to O - Chicago 60604

In Stock

Quantity: 1

Add to cart

Buy Now

Shipper / Seller 休非倍

Returns 30-day refund/replacement

Customer service Amazon

See more

Add to Auto Buy

Add to List

4/14/26, 12:22 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to O O** Change

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Mastercard**[redacted] Change

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

Special Offer

**O, we're giving you Prime free for 30 days**

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.

Try Prime free for 30 days

Cancel anytime.

**Arriving May 5, 2026 - May 13, 2026**



Types Of Dachshunds Vintage Knowledge Chart Poster Canvas Wall Art Posters For Room Aesthetic And Decor Poster For Bedroom Living Room Bathroom Kitchen Office Decor 08x12inch(20x30cm) Unframe-style

**$15.68**

Ships from 休非倍

Sold by 休非倍

1

Gift options not available

**Tuesday, May 5 - Wednesday, May 13**
$10.00 - Delivery

**Monday, Apr 20 - Wednesday, Apr 22**
$20.00 - Delivery

Congratulations O, you are eligible for 30 days of Prime for $0!

Try Prime Free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $15.68 |
| Shipping & handling: | $10.00 |
| Estimated tax to be collected: | $1.61 |
| **Order total:** | **$27.29** |

# VA 2-476-620



# 027 huaibaofushi

4/17/26, 3:51 PM Amazon.com: Metal Vintage Tin Sign Decor Types Of Dachshunds Dog Poster - Dachshund Print - Sausage Dog Poster - Gift for S...

amazon Deliver to oO Chicago 60604 | All | Types+of+Dachshunds+tin+sign | EN | Hello, Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Same-Day Delivery | Amazon Haul | Medical Care | Pharmacy | Amazon Basics | Amazon Home | Buy Again | Audible | Pet Supplies | 15 : 08 : 11

Amazon Home | Shop by Room | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Shop now

Sponsored

Home & Kitchen › Wall Art › Posters & Prints







Click to see full view

## Metal Vintage Tin Sign Decor Types Of Dachshunds Dog Poster - Dachshund Print - Sausage Dog Poster - Gift for Sausage Dog Mom - Gift For Dog Lover - Playroom Wall Decor Wall Poster Plaque 5.5x8 Inch

Brand: Curteny
Search this page

$5.98
Price history

Get a $50 Amazon Gift Card instantly upon approval for the Mercury Visa Signature Card. Learn more

- SIZE:this tin signs size 8x12 inch (20cm x 30cm)/5.5x8 inch (14cm x 20cm)
- EASY TO INSTALLATION: Pre-drilled holes for easy hanging to save time.
- Pre-drilled holes for easy hanging. For safe handling, the edges of each tin label are rolled and crimped.
- It is suitable for many places, such as bar, cafe, dining room, billiard house, hotel, club wall decoration, creating contracted but fashionable atmosphere
- A wonderful piece to add to your bar,Restaurant,kitchen,coffee house or home

› See more product details

Report an issue with this product or seller

$5.98
$4.98 delivery April 29 - May 8. Details
Deliver to oO - Chicago 60604
Only 8 left in stock - order soon.
Quantity: 1
Add to cart
Buy Now
Shipper / Seller: huaibaofushi
Returns: 30-day refund/replacement
Payment: Secure transaction
See more
Add to Auto Buy
Add to List

Based on your recent views Sponsored | Page 1 of 58

4/17/26, 3:52 PM Place Your Order - Amazon Checkout

amazon Secure checkout | Cart

**Delivering to oO** Change
111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with Mastercard**[redacted] Change
Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

Special Offer
[redacted] **we're giving you Prime free for 30 days** | Try Prime free for 30 days
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime. | Cancel anytime

**Arriving Apr 29, 2026 - May 8, 2026**

Metal Vintage Tin Sign Decor Types Of Dachshunds Dog Poster - Dachshund Print - Sausage Dog Poster - Gift for Sausage Dog Mom - Gift For Dog Lover - Playroom Wall Decor Wall Poster Plaque 5.5x8 Inch
$5.98
Ships from huaibaofushi
Sold by huaibaofushi
1
Gift options not available

Wednesday, Apr 29 - Friday, May 8
$4.98 - Delivery

Place your order | **Order total: $11.57**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Congratulations[redacted] you are eligible for 30 days of Prime for $0!
Try Prime free

Place your order
By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $5.98 |
| Shipping & handling: | $4.98 |
| Estimated tax to be collected: | $0.61 |
| **Order total:** | **$11.57** |

# VA 2-476-620



## 028 WangMaiSha







**VA 2-476-620**



## 029 Craig

18/04/2026, 00:40 Retro Tin Signs Vintage Style Types of Dachshunds Sign,Knowledge Metal Sign Aluminium Iron Painting for Indoor & Outdoor Ho...




18/04/2026, 00:46 Review your order - Walmart.com

**1. Free shipping, arrives between Fri, Apr 24–Mon, Apr 27**

Oo Oo
Jackson Blvd, 111 W, Chicago, IL 60604 — Edit

**Delivery instructions**

**Gate codes or other useful information** — Edit
House

**Items details** — Hide details
**Arrives between Fri, Apr 24 — Mon, Apr 27** — 1 item

Sold and shipped by Craig | Pro Seller
Free shipping

Retro Tin Signs Vintage Style Types of Dachshunds Sign,Knowledge Metal Sign Aluminium Iron Paintin...

**$13.99**

Remove − 1 +

**2. Payment method**

| | |
|---|---|
| **Subtotal** (1 item) | $13.99 |
| Shipping | Free |
| Estimated taxes | $1.43 |
| **Estimated total** | **$15.42** |

Have a promo code?

**VA 2-476-620**



030 Goldie Electronics Store

4/22/26, 3:58 PM Dachshunds Knowledge Metal Tin Sign Types Of Dachshunds Retro Poster School Farm Pet Shop Cafe Bedroom Bathroom Kitche…




4/22/26, 4:00 PM Review your order - Walmart.com




VA 2-476-620

