**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Warren Photographic Limited

Plaintiff,

v.

Case No.: 1:26−cv−11576

Honorable Thomas M. Durkin

The Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 30, 2026:

MINUTE entry before the Honorable Thomas M. Durkin: Plaintiff's ex parte motion for leave to conduct expedited discovery [13] is granted in part and denied in part. The motion is granted to the extent that Plaintiff seeks contact information for Defendants, because this information is reasonably necessary for Plaintiff to serve Defendants. The motion is denied to the extent Plaintiff seeks information regarding Defendants' financial accounts. Discovery of financial account information might be necessary on an ex parte and expedited basis if Plaintiff could make a showing that preliminary injunctive relief in the form of an asset freeze might be appropriate. But such relief is equitable in nature, and Plaintiff does not seek equitable monetary relief. Plaintiff does allege harm to goodwill, which is equitable in nature. But Plaintiff alleges no facts to support the allegation that it possesses a valuable reputation or goodwill that Defendants could injure. Mere allegation that Plaintiff has such a reputation is insufficient without more to establish equitable injury that justifies the extraordinary remedy of an ex parte asset freeze. More factual allegations are required. *See Gabrielle Delgado v. The Partnerships*, 24 C 11940, Dkt. # 17 (N.D. Ill. Dec. 19, 2024). For that reason, expedited discovery regarding such information is also inappropriate. An order for expedited discovery in accordance with this minute order will be entered separately. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at ***www.ilnd.uscourts.gov***.