**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

WARREN PHOTOGRAPHIC LIMITED,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No. 26-cv-11576

**Judge Thomas M. Durkin**

**Magistrate Judge M. David Weisman**

**ORDER FOR LEAVE TO CONDUCT EXPEDITED DISCOVERY**

Regarding the following Defendants:

| No. | Defendants |
|---|---|
| 1 | XSS-SHOP-X |
| 2 | XingTaiLiZhiWenHuaChuanBoYouXianGongSi |
| 3 | Qhuie show |
| 4 | 锦朗建筑 |
| 5 | Wuhan Moji Mi |
| 6 | tongdongshengfengyubaihuodian |
| 7 | changshengshucaizhongzhi |
| 8 | qinyuanfuzhuang |
| 9 | ZZHONP |
| 10 | ASDBBBFPXN |
| 11 | PEidune |
| 12 | chengjiangchengyushangmaoyouxiangongsi |
| 13 | nanningshiguitiantushifanggongchengyouxiangongsi |
| 14 | guangxihaoyangjianzhuzhuangxiuzhuangshigongchengyouxiangongsi |
| 15 | wangchaoqun34 |
| 16 | 尚捷科技 |
| 17 | guizhouxiangwangyinkejiyouxiangongsi |
| 18 | eonikee |
| 19 | Peastrog |
| 20 | Rtulieo |

| | |
|---|---|
| 21 | zhouxiaoheng44 |
| 22 | ngQianHu |
| 23 | guochunren |
| 24 | guangxilingshanxianguanlinmuyeyouxiangongsi |
| 25 | neimdw124 |
| 26 | 休非倍 |
| 27 | huaibaofushi |
| 28 | WangMaiSha |
| 29 | Craig |
| 30 | Goldie Electronics Store |

this Court having reviewed the evidence before it hereby GRANTS Plaintiff's Motion as follows.

Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' Defendant Internet Stores, including, without limitation, any online marketplace platforms such as Amazon Payments, Inc. ("Amazon") and Walmart Inc. ("Walmart") (the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses.

This order is not a basis for any third party to freeze the assets of any Defendants.

Thomas M Durkin

Thomas M. Durkin
United States District Judge

Dated: September 30, 2026