Exhibit 2

# Order Summary

Order placed April 21, 2026 | Order # 112-8237447-8559456

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $18.33 |
| Shipping & Handling: | $4.99 |
| Total before tax: | $23.32 |
| Estimated tax to be collected: | $1.88 |
| **Grand Total:** | **$25.20** |

## Arriving May 1 - May 11




Types of Dachshunds Dog Knowledge Jigsaw Puzzle for Adults 500 Piece - Dachshunds Lover Gift, Family Decoration, Kids Toy 20.4'' x 14.9''

Sold by: XSS-SHOP-X

Supplied by: Other

$18.33

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

# Order Summary

Order placed April 21, 2026 | Order # 112-8752067-7218623

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $18.99 |
| Shipping & Handling: | $5.66 |
| Total before tax: | $24.65 |
| Estimated tax to be collected: | $1.95 |
| **Grand Total:** | **$26.60** |

## Arriving April 30 - May 8




Types of Dachshunds Dog Knowledge Jigsaw Puzzle for Adults 500 Piece - Dachshunds Lover Gift, Family Decoration, Kids Toy 20.4'' x 14.9''

Sold by: XingTaiLiZhiWenHuaChuanBoYouXianGongSi

Supplied by: Other

$18.99

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

# Order Summary

Order placed April 21, 2026 | Order # 112-6194833-1179452

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $23.99 |
| Shipping & Handling: | $5.50 |
| Total before tax: | $29.49 |
| Estimated tax to be collected: | $2.46 |
| **Grand Total:** | **$31.95** |

## Arriving May 1 - May 12




Types of Dachshunds Dog Knowledge Dachshunds Lover Jigsaw Puzzles Puzzles for Adults 1000 Piece Puzzles for Adults Toys Gift Family Decoration Kids Puzzles

Sold by: Qhuie show

Supplied by: Other

$23.99

Back to top

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

# Order Summary

Order placed April 21, 2026 | Order # 112-9038280-1765845

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $11.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $11.99 |
| Estimated tax to be collected: | $1.23 |
| **Grand Total:** | **$13.22** |

## Arriving May 1 - May 8




Types of Dachshunds Vintage Metal Tin Sign Outdoor Indoor Wall Panel Retro Vintage Mural 8x12 Inch

Sold by: 锦朗建筑

Supplied by: Other

$11.99

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

# Order Summary

Order placed April 22, 2026 | Order # 113-0479362-9669001

**Ship to**

[redacted]
111 W JACKSON BLVD
CHICAGO, IL 60604-3589
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $7.99 |
| Shipping & Handling: | $4.99 |
| Total before tax: | $12.98 |
| Estimated tax to be collected: | $0.82 |
| **Grand Total:** | **$13.80** |

## Arriving May 4 - May 13




Metal Dachshunds Posters Animal Lovers Knowledge Wall Decor Home Decor Room Decor Chart Club Printing Plaque Tin Sign 8x12 Inch

Sold by: Wuhan Moji Mi

Supplied by: Other

$7.99

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

# Order Summary

Order placed April 21, 2026 | Order # 112-2634875-5919466

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $11.99 |
| Shipping & Handling: | $6.99 |
| Total before tax: | $18.98 |
| Estimated tax to be collected: | $1.23 |
| **Grand Total:** | **$20.21** |

## Arriving Friday




Retro Tin Signs Vintage Style Types of Dachshunds Sign,Knowledge Metal Sign Aluminium Iron Painting for Indoor & Outdoor Home Bar Coffee Kitchen Wall Decor 12 x 8 INCH

Sold by: tongdongshengfengyubaihuodian

Supplied by: Other

$11.99

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

# Order Summary

Order placed April 21, 2026 | Order # 112-6874987-3170667

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $9.99 |
| Shipping & Handling: | $5.48 |
| Total before tax: | $15.47 |
| Estimated tax to be collected: | $1.02 |
| **Grand Total:** | **$16.49** |

## Arriving May 1 - May 12




Types of Dachshunds Metal Sign Vintage Style Knowledge Wall Art Home Bar Coffee Kitchen Decor 12x16 inch

Sold by: changshengshucaizhongzhi

Supplied by: Other

$9.99

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

# Order Summary

Order placed April 22, 2026 | Order # 113-0431915-4837058

**Ship to**

[redacted]
111 W JACKSON BLVD
CHICAGO, IL 60604-3589
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $8.99 |
| Shipping & Handling: | $6.99 |
| Total before tax: | $15.98 |
| Estimated tax to be collected: | $0.92 |
| **Grand Total:** | **$16.90** |

## Arriving May 15 - May 26




Vintage Types Of Dachshunds Dog Knowledge Metal Sign Home Kitchen Barth Garden Art Wall Decor Poster 12x8 Inch

Sold by: qinyuanfuzhuang

Supplied by: Other

$8.99

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

# Order Summary

Order placed April 21, 2026 | Order # 112-2259852-2335440

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $6.99 |
| Shipping & Handling: | $4.88 |
| Total before tax: | $11.87 |
| Estimated tax to be collected: | $0.72 |
| **Grand Total:** | **$12.59** |

## Arriving May 4 - May 12




Aluminium Metal Tin Signs Vintage Retro Dachshunds Knowledge Retro Look Home Club bar Wall Art Decoration Metal Tin Sign 8 x 12 Inch

Sold by: ZZHONP

Supplied by: Other

$6.99

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

# Order Summary

Order placed April 21, 2026 | Order # 112-3688810-6073008

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $4.88 |
| Shipping & Handling: | $5.41 |
| Total before tax: | $10.29 |
| Estimated tax to be collected: | $0.50 |
| **Grand Total:** | **$10.79** |

## Arriving April 30 - May 8




Aluminium Metal Tin Signs Vintage Retro Dachshunds Knowledge Retro Look Home Club bar Wall Art Decoration Metal Tin Sign 6x8 Inch

Sold by: ASDBBBFPXN

Supplied by: Other

$4.88

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

# Order Summary

Order placed April 22, 2026 | Order # 113-3834295-8469033

**Ship to**

[redacted]
111 W JACKSON BLVD
CHICAGO, IL 60604-3589
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $4.88 |
| Shipping & Handling: | $4.98 |
| Total before tax: | $9.86 |
| Estimated tax to be collected: | $0.50 |
| **Grand Total:** | **$10.36** |

## Arriving May 4 - May 13




Metal Signs Types Of Dachshunds Posters Animal Lovers Knowledge Wall Decor Home Decor Room Decor Chart Club Printing Plaque 8x6 Inches

Sold by: PEidune

Supplied by: Other

$4.88

Back to top

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

# Order Summary

Order placed April 21, 2026 | Order # 112-4513106-5985841

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $6.60 |
| Shipping & Handling: | $6.98 |
| Total before tax: | $13.58 |
| Estimated tax to be collected: | $0.68 |
| **Grand Total:** | **$14.26** |

## Arriving April 30 - May 8




HOUVSSEN Types of Dachshunds Poster Knowledge Wall Décor Art Gift for Dog Lover Chart Metal Tin Sign School Metal Tin Signs 8x12 Inch

Sold by: chengjiangchengyushangmaoyouxiangongsi

Supplied by: Other

$6.60

Back to top

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

# Order Summary

Order placed April 21, 2026 | Order # 112-5786044-9085837

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $5.99 |
| Shipping & Handling: | $6.88 |
| Total before tax: | $12.87 |
| Estimated tax to be collected: | $0.61 |
| **Grand Total:** | **$13.48** |

## Arriving May 1 - May 12




Retro Dachshund Knowledge Metal Tin Sign Dog Poster Dachshund Vintage Wall Sign Pet Wall Art Vintage Country Home Decor for Living Room Kitchen Farm Decoration es 8"x12"

Sold by: nanningshiguitiantushifanggongchengyouxiangongsi

Supplied by: Other

$5.99

Back to top

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

# Order Summary

Order placed April 21, 2026 | Order # 112-8879334-2044236

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $5.99 |
| Shipping & Handling: | $6.88 |
| Total before tax: | $12.87 |
| Estimated tax to be collected: | $0.61 |
| **Grand Total:** | **$13.48** |

## Arriving May 1 - May 12




asfqweff Retro Dachshund Knowledge Metal Tin Sign Dog Poster Dachshund Vintage Wall Sign Pet Wall Art Vintage Country Home Decor for Living Room Kitchen Farm Decoration es 8"x12"

Sold by: guangxihaoyangjianzhuzhuangxiuzhuangshigongchengyouxiangongsi

Supplied by: Other

$5.99

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

# Order Summary

Order placed April 21, 2026 | Order # 112-1633020-1776227

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $7.99 |
| Shipping & Handling: | $5.99 |
| Total before tax: | $13.98 |
| Estimated tax to be collected: | $0.82 |
| **Grand Total:** | **$14.80** |

## Arriving May 7 - May 21




Retro Metal Tin Sign Dachshund Knowledge Poster Dachshund Vintage Wall Sign Dog Wall Art Vintage Tin Sign Country Home Decor for Living Room,Kitchen,Farm Decoration 8X12Inch

Sold by: wangchaoqun34

Supplied by: Other

$7.99

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

# Order Summary

Order placed April 21, 2026 | Order # 112-3795387-2513815

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $7.98 |
| Shipping & Handling: | $4.98 |
| Total before tax: | $12.96 |
| Estimated tax to be collected: | $0.82 |
| **Grand Total:** | **$13.78** |

## Arriving May 1 - May 12



Metal Vintage Tin Sign Decor Types Of Dachshunds Dog Poster - Dachshund Print - Sausage Dog Poster - Gift for Sausage Dog Mom - Gift For Dog Lover - Playroom Wall Decor Wall Poster Plaque 8x12 Inch

Sold by: 尚捷科技

Supplied by: Other

$7.98

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

# Order Summary

Order placed April 21, 2026 | Order # 112-1402507-7653049

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $4.88 |
| Shipping & Handling: | $5.20 |
| Total before tax: | $10.08 |
| Estimated tax to be collected: | $0.50 |
| **Grand Total:** | **$10.58** |

## Arriving May 1 - May 12




Dachshund Breed Poster, Metal Sign Art Wall Decor, Dachshund Art Wall Hanging, 8x6 inches

Sold by: guizhouxiangwangyinkejiyouxiangongsi

Supplied by: Other

$4.88

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

# Order Summary

Order placed April 21, 2026 | Order # 112-2055027-1576220

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $6.88 |
| Shipping & Handling: | $5.28 |
| Total before tax: | $12.16 |
| Estimated tax to be collected: | $0.71 |
| **Grand Total:** | **$12.87** |

## Arriving May 1 - May 12




Types Of Dachshunds Posters Wall Decor Animal Lovers Knowledge Metal Signs Home Decor Room Decor Chart Club Printing Plaque 8x12 Inches

Sold by: eonikee

Supplied by: Other

$6.88

Back to top

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

# Order Summary

Order placed April 21, 2026 | Order # 112-3890012-0933815

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $17.90 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $17.90 |
| Estimated tax to be collected: | $1.83 |
| **Grand Total:** | **$19.73** |

## Arriving May 7 - May 21




Peastrog Metal Tin Sign Types of Dachshunds Poster Prints for Walls Modern Pictures for Bedroom Print Art Home Wall Decorations for Bathroom Vertical Artwork (12x16inch(30x40cm))

Sold by: Peastrog

Supplied by: Other

$17.90

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

# Order Summary

Order placed April 21, 2026 | Order # 112-6764887-6313828

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $4.99 |
| Shipping & Handling: | $5.00 |
| Total before tax: | $9.99 |
| Estimated tax to be collected: | $0.51 |
| **Grand Total:** | **$10.50** |

## Arriving May 6 - May 20




Types Of Dachshunds Metal Sign - 5.5x8inch Dog Knowledge Wall Art - Inspirational Pet Lover Decor

Sold by: Rtulieo

Supplied by: Other

$4.99

Back to top

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

# Order Summary

Order placed April 21, 2026 | Order # 112-4475424-9652231

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $18.99 |
| Shipping & Handling: | $5.00 |
| Total before tax: | $23.99 |
| Estimated tax to be collected: | $1.95 |
| **Grand Total:** | **$25.94** |

## Arriving May 1 - May 12




Jigsaw Puzzles Types of Dachshunds Dog, Knowledge, Dachshunds Lover Wooden Puzzle Intellectual Educational Toys Training Decompression Games for Easter Hallowen Christmas Birthday 500PCS

Sold by: zhouxiaoheng44

Supplied by: Other

$18.99

Back to top

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

# Order Summary

Order placed April 21, 2026 | Order # 112-4510750-3467453

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $21.99 |
| Shipping & Handling: | $6.99 |
| Total before tax: | $28.98 |
| Estimated tax to be collected: | $2.25 |
| **Grand Total:** | **$31.23** |

## Arriving May 11 - May 26




Jigsaw Puzzles Types of Dachshunds Dog, Knowledge, Dachshunds Lover Wooden Puzzle Intellectual Educational Toys Training Decompression Games for Easter Hallowen Christmas Birthday 500PCS

Sold by: ngQianHu

Supplied by: Other

$21.99

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

# Order Summary

Order placed April 21, 2026 | Order # 112-6536166-6431425

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $11.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $11.99 |
| Estimated tax to be collected: | $1.23 |
| **Grand Total:** | **$13.22** |

## Arriving May 1 - May 8




Jigsaw Puzzles Types of Dachshunds Dog, Knowledge, Dachshunds Lover Wooden Puzzle Intellectual Educational Toys Training Decompression Games for Easter Hallowen Christmas Birthday 500PCS

Sold by: guochunren

Supplied by: Other

$11.99

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

# Order Summary

Order placed April 21, 2026 | Order # 112-7293542-3320233

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $15.99 |
| Shipping & Handling: | $6.88 |
| Total before tax: | $22.87 |
| Estimated tax to be collected: | $1.64 |
| **Grand Total:** | **$24.51** |

## Arriving May 1 - May 12




500 Piece Types of Dachshunds Great Jigsaw Puzzles for Adults Dog Puzzles for Adults Toys Gift Family Decoration Puzzles

Sold by: guangxilingshanxianguanlinmuyeyouxiangongsi

Supplied by: Other

$15.99

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

# Order Summary

Order placed April 21, 2026 | Order # 112-8488244-1569856

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $14.99 |
| Shipping & Handling: | $6.99 |
| Total before tax: | $21.98 |
| Estimated tax to be collected: | $1.54 |
| **Grand Total:** | **$23.52** |

## Arriving Friday




Animal Dachshunds Poster Types of Dachshunds Knowledge Canvas Wall Art Aesthetic Decorative Painting Living Room， Cafes, Restaurants And Hotelsstyle 12x18inch(30x45cm)

Sold by: neimdw124

Supplied by: Other

$14.99

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

# Order Summary

Order placed April 21, 2026 | Order # 112-5728407-5660203

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $15.68 |
| Shipping & Handling: | $10.00 |
| Total before tax: | $25.68 |
| Estimated tax to be collected: | $1.61 |
| **Grand Total:** | **$27.29** |

## Arriving May 13 - May 21




Types Of Dachshunds Vintage Knowledge Chart Poster Canvas Wall Art Posters For Room Aesthetic And Decor Poster For Bedroom Living Room Bathroom Kitchen Office Decor 08x12inch(20x30cm) Unframe-style

Sold by: 休非倍

Supplied by: Other

$15.68

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

# Order Summary

Order placed April 21, 2026 | Order # 112-6901544-7645067

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $5.98 |
| Shipping & Handling: | $4.98 |
| Total before tax: | $10.96 |
| Estimated tax to be collected: | $0.61 |
| **Grand Total:** | **$11.57** |

## Arriving May 1 - May 12



Metal Vintage Tin Sign Decor Types Of Dachshunds Dog Poster - Dachshund Print - Sausage Dog Poster - Gift for Sausage Dog Mom - Gift For Dog Lover - Playroom Wall Decor Wall Poster Plaque 5.5x8 Inch

Sold by: huaibaofushi

Supplied by: Other

$5.98

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

Search everything at Walmart online and in store

0
$0.00

My account / Purchase history / **Order details**

**Your Wallet, Addre
Personal Info and n
now in Account Set**

**Apr 21, 2026 order** | Order# 2000148-40373070

Delivery
**Arrives between Thu, Apr 30 - Mon, May 04**

Sold and shipped by WangMaiSha

Placed — Preparing — On the way — Delivered

**1 item**



Types Of Dachshunds Poster, Dachshund Poster, Dachshund Art... **$19.09**
Qty 1

Contact seller to ask about your order

**Need to make a change?**

You won't be able to make changes when your shipment starts being prepared.

Edit payment method

Contact seller

Change delivery address

Cancel delivery

Need more help? Visit our help center.

Delivery

**Address**

[redacted]
1111 West 35th Street, 15th floor,
Chicago, IL 60609

**Delivery instructions**

Apartment, special code 1126
We'll leave your order at the door

**Payment method**

VISA **Ending in** [redacted]

| | |
|---|---|
| **Subtotal** | **$19.09** |
| Shipping | $6.99 |
| Tax | $2.67 |
| **Total** | **$28.75** |

**Charge history**
Your transaction activity for this order

Order# 2000148-40373070

Cancel order

Search everything at Walmart online and in store

0

$0.00

My account / Purchase history / **Order details**

Your Wallet, Addre
Personal Info and r
now in Account Set

## Apr 21, 2026 order | Order# 2000146-35188194

Delivery

**Arrives by Tue, Apr 28**

Sold and shipped by Craig **Pro Seller**

Placed · Preparing · On the way · Delivered

**1 item**




Retro Tin Signs Vintage Style Types of Dachshunds Sign,Knowledge Metal... **$13.99**

Qty 1

Contact seller to ask about your order

### Need to make a change?

You won't be able to make changes when your shipment starts being prepared.

Edit payment method

Contact seller

Change delivery address

Cancel delivery

Need more help? Visit our help center.

Delivery

### Address

[redacted]

1111 West 35th Street, 15th floor,
Chicago, IL 60609

### Delivery instructions

Apartment, special code 1126

We'll leave your order at the door

### Payment method

VISA **Ending in** [redacted]

| | |
|---|---|
| **Subtotal** | **$13.99** |
| Tax | $1.43 |
| **Total** | **$15.42** |

**Charge history**

Your transaction activity for this order

Order# 2000146-35188194

Cancel order

Search everything at Walmart online and in store

0 $0.00

My account / Purchase history / **Order details**

Your Wallet, Addre
Personal Info and r
now in Account Set

**Apr 22, 2026 order** | Order# 2000148-12612835

Delivery
**Arrives between Fri, May 01 - Mon, May 04**

Sold and shipped by Goldie Electronics Store

Placed — Preparing — On the way — Delivered

**1 item**




Dachshunds Knowledge Metal Tin Sign Types Of Dachshunds Retro Poster... **$9.88**
Qty 1

Contact seller to ask about your order

**Need to make a change?**

You won't be able to make changes when your shipment starts being prepared.

- Edit payment method
- Contact seller
- Change delivery address
- Cancel delivery
- Need more help? Visit our help center.

Delivery

**Address**

[redacted]
1111 West 35th Street, 15th floor,
Chicago, IL 60609

**Delivery instructions**

Apartment, special code 1126
We'll leave your order at the door

**Payment method**

VISA **Ending in** [redacted]

| | |
|---|---|
| **Subtotal** | **$9.88** |
| Tax | $1.01 |
| **Total** | **$10.89** |

**Charge history**
Your transaction activity for this order

Order# 2000148-12612835

Cancel order