**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| WARREN PHOTOGRAPHIC LIMITED, | |
| Plaintiff, | Case No.: 1:26-cv-11576 |
| v. | Judge Thomas M. Durkin |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge M. David Weisman |
| Defendants. | |

# PLAINTIFF'S MOTION TO EXCEED PAGE LIMITATION

Plaintiff, Warren Photographic Limited ("Plaintiff"), by and through Plaintiff's undersigned counsel, respectfully requests that Plaintiff be given leave to file Plaintiff's brief in support of Plaintiff's Motion for Entry of a Preliminary Injunction Order in excess of 15 pages. As part of the Preliminary Injunction, Plaintiff seeks: (1) an injunction against Defendants enjoining the manufacture, importation, distribution, offering for sale, and sale of Infringing Warren Photographic Products; (2) a restraint of Defendants' assets to preserve Plaintiff's right to an equitable accounting; and (3) authorization to notify Defendants of proceedings by electronic mail and/or electronic publication (collectively, the "Motion"). Plaintiff's Motion includes three (3) distinct issues regarding Plaintiff's intellectual property rights, each of which must be decided simultaneously. Plaintiff's brief contains necessary substantive content relevant to each issue that should be considered. Plaintiff's brief is less than 20 pages, which is substantially less than the 45-page limit allowed if three motions were filed separately. Plaintiff, therefore, respectfully requests that Plaintiff be granted leave to file a combined brief in excess of 15 pages for purposes of efficiency.

DATED: October 6, 2026

Respectfully submitted,

_/s/ Keith A. Vogt_
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***