Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

**Registration Number**
**VA 2-476-620**
**Effective Date of Registration:**
December 05, 2025
**Registration Decision Date:**
January 18, 2026

## Title

**Title of Work:** WP40839 Blue-and-tan Dachshund puppy

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** October 01, 2014
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Warren Photographic Limited
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Warren Photographic Limited
Warren Photographic Ltd. Warren House, Albury Heath, Guildford,, Guildford, GU5 9DB, United Kingdom

## Rights and Permissions

**Organization Name:** info@warrenphotographic.co.uk
**Email:** info@warrenphotographic.co.uk
**Address:** Warren Photographic Ltd. Warren House, Albury Heath, Guildford, Guildford GU5 9DB United Kingdom

## Certification

**Name:** David Denholm

**Date:** December 05, 2025
**Applicant's Tracking Number:** WP2025120401


©Warren Photographic