**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

WARREN PHOTOGRAPHIC LIMITED,

Plaintiff,

Case No.: 1:26-cv-11576

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

**SCHEDULE A TO AMENDED COMPLAINT**

| No. | Defendants |
|---|---|
| 1 | XSS-SHOP-X |
| 2 | XingTaiLiZhiWenHuaChuanBoYouXianGongSi |
| 3 | Qhuie show |
| 4 | 锦朗建筑 |
| 5 | Wuhan Moji Mi |
| 6 | tongdongshengfengyubaihuodian |
| 7 | changshengshucaizhongzhi |
| 8 | qinyuanfuzhuang |
| 9 | ZZHONP |
| 10 | ASDBBBFPXN |
| 11 | PEidune |
| 12 | chengjiangchengyushangmaoyouxiangongsi |
| 13 | nanningshiguitiantushifanggongchengyouxiangongsi |
| 14 | guangxihaoyangjianzhuzhuangxiuzhuangshigongchengyouxiangongsi |
| 15 | wangchaoqun34 |
| 16 | 尚捷科技 |
| 17 | guizhouxiangwangyinkejiyouxiangongsi |
| 18 | eonikee |
| 19 | Peastrog |
| 20 | Rtulieo |
| 21 | zhouxiaoheng44 |
| 22 | ngQianHu |
| 23 | guochunren |

| | |
|---|---|
| 24 | guangxilingshanxianguanlinmuyeyouxiangongsi |
| 25 | neimdw124 |
| 26 | 休非倍 |
| 27 | huaibaofushi |
| 28 | WangMaiSha |
| 29 | Craig |
| 30 | Goldie Electronics Store |