**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

WARREN PHOTOGRAPHIC LIMITED,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-11576

Judge Thomas M. Durkin

Magistrate Judge M. David Weisman

**PLAINTIFF'S RENEWED MOTION FOR ENTRY OF**
**A PRELIMINARY INJUNCTION ORDER**

Plaintiff, WARREN PHOTOGRAPHIC LIMITED ("Plaintiff"), having filed its Amended Complaint [22], renews its motion for entry of a preliminary injunction order, including an injunction against Defendants enjoining the manufacture, importation, distribution, offering for sale, and sale of infringing Warren Photographic Products, a restraint of Defendants' assets to preserve Plaintiff's right to an equitable accounting and disgorgement of Defendants' profits under 17 U.S.C. § 504(b), and authorization to notify Defendants of the proceedings by email and/or electronic publication in an action arising out of 17 U.S.C. § 101 *et seq*. A Memorandum of Law in Support, the Declaration of Mark Taylor, and the Declaration of Keith A. Vogt are filed concurrently with this Motion.

DATED: November 10, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to any e-mail addresses provided for Defendants by third parties that includes a link to said website.

*/s/ Keith A. Vogt*
Keith A. Vogt, Esq.