**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

WARREN PHOTOGRAPHIC LIMITED,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-11576

Judge Thomas M. Durkin

Magistrate Judge M. David Weisman

**DECLARATION OF KEITH A. VOGT IN SUPPORT OF PLAINTIFF'S RENEWED MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION**

I, Keith A. Vogt, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff, WARREN PHOTOGRAPHIC LIMITED ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. I understand that infringers use a variety of tactics to evade enforcement efforts.

3. Upon information and belief, Defendants facilitate sales by designing the Defendant Internet Stores so that they appear to unknowing consumers to be authorized online retailers, outlet stores, or wholesalers selling genuine or authorized products. The Defendant Internet Stores often include images and design elements that make it difficult for consumers to distinguish these stores from an authorized website.

4. Defendants go to great lengths to conceal their identities and often use multiple fictitious names and addresses to register and operate their network of Defendant Internet Stores.

Upon information and belief, Defendants regularly create new online marketplace accounts on various platforms and/or websites using the identities listed in Schedule A to the Amended Complaint, as well as other unknown fictitious names and addresses. Such Defendant Internet Store registration patterns are one of many common tactics used by the Defendants to conceal their identities and the full scope and interworking of their massive illegal operation and to avoid being shut down.

5. There are similarities among the Defendant Internet Stores. For example, many of the Defendant Internet Stores have similar layouts, even though different aliases may be used to register the respective internet stores. Also, unauthorized products for sale in the Defendant Internet Stores bear similar irregularities and indicia of being related to one another, suggesting that the products were manufactured by and come from a common source and that, upon information and belief, Defendants are interrelated.

6. Defendants typically operate multiple accounts behind layers of payment gateways so that they can continue operation despite any enforcement efforts to make them judgment proof. Upon information and belief, Defendants maintain offshore bank accounts and regularly move funds from their accounts to offshore bank accounts outside the jurisdiction of this Court.

7. For these reasons, in the absence of an Injunction Order, Defendants could and likely would modify registration data and content, change hosts, redirect traffic to other websites in their control, and move any assets from accounts in U.S.-based financial institutions, including Defendants' Amazon and Walmart accounts, to offshore accounts.

8. I, or someone acting at my direction, reviewed each of the Defendant Internet Stores on April 21 and 22, 2026. A test purchase of an accused product from each of the thirty Defendant Internet Stores was made through Amazon.com or Walmart.com for delivery to an address in Chicago, Illinois. Each Defendant Internet Store accepted the order for shipment to Illinois. True

and correct copies of screenshot printouts of the order details for each test purchase, which identify the seller, the accused product, and the Illinois delivery address, are attached hereto as **Exhibit 1**.

9. Upon filing, my office will email the Amended Complaint, Plaintiff's Renewed Motion for Entry of a Preliminary Injunction, and all supporting papers to each Defendant at the email addresses provided for that Defendant by Amazon or Walmart, and will provide notice of any hearing the Court sets in the same manner.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 10, 2026.

*/s/ Keith A. Vogt*
Keith A. Vogt
*Counsel for Plaintiff*