**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

WARREN PHOTOGRAPHIC LIMITED,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-11576

Judge Thomas M. Durkin

Magistrate Judge M. David Weisman

**DECLARATION OF MARK TAYLOR IN SUPPORT OF PLAINTIFF'S RENEWED MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION**

I, MARK TAYLOR, declare and state as follows:

1. This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2. I am the director as well as one of the founders of Warren Photographic Limited ("Warren Photographic"). I make this declaration from matters within my knowledge save where otherwise stated.

3. Warren Photographic is a family-run photography company specializing in high-quality commercial imagery, particularly of animals. The company creates expressive and engaging photographs of pets, wildlife, and animals in motion, often capturing their charming and humorous behavior. With a strong foundation in both traditional and digital photography, Warren Photographic has successfully adapted to industry changes over the years, including the transition from film to digital workflows and the integration of modern tools such as Photoshop and website design. Its photographs have been featured in books,

magazines, stamp sets, greeting cards, calendars, commercial merchandise, and pet food packaging.

4. Warren Photographic is the official source of products associated with the Warren Photographic Work (the "Warren Photographic Products"):




https://www.warrenphotographic.co.uk/40839-blue-and-tan-dachshund-puppy

5. Warren Photographic is the owner of the copyright registration for the Warren Photographic copyrighted work, which is protected by United States Copyright Registration No. VA 2-476-620 (the "Warren Photographic Work"). A true and correct copy of the copyright registration for the Warren Photographic Work is attached hereto as **Exhibit 1**.

6. Warren Photographic controls the quality of all materials and content that feature the distinctive Warren Photographic Work.

7. Substantial time, money, and other resources have been expended in developing, advertising, licensing, and otherwise promoting the Warren Photographic Work. As a

result, the image is widely recognized and exclusively associated by consumers, the public, and the trade with Warren Photographic.

8. The success of the Warren Photographic Work has resulted in significant infringement of the copyright. Consequently, an anti-pirating program has been implemented to investigate suspicious websites and online marketplace listings identified in proactive internet sweeps. Various marketplace listings have been identified on multiple platforms, including the internet stores identified in Schedule A attached to the Amended Complaint ("Defendant Internet Stores"), which were offering for sale, selling, and importing unauthorized versions of the Warren Photographic Work to consumers in this judicial district and throughout the United States.

9. I am aware of investigations related to internet-based infringement of the Warren Photographic Work. The investigations show that Defendants are using the Defendant Internet Stores to sell infringing Warren Photographic Products from foreign countries such as China to consumers in the United States. I, or someone working under my direction, analyzed the Defendant Internet Stores and determined that infringing Warren Photographic Products were being offered for sale to the United States, including Illinois. The Defendants and their websites do not conduct business with Warren Photographic and do not have the right or authority to use the copyright for any reason.

10. Monetary damages alone cannot adequately compensate Warren Photographic for the ongoing infringement because monetary damages fail to address the loss of control of and damage to its reputation, goodwill, and control over the nature of the derivative works made using the copyrighted material. Furthermore, monetary damages are difficult, if not

impossible, to completely ascertain due to the inability to fully quantify the monetary damage caused to its reputation and goodwill by acts of infringement.

11. Warren Photographic's goodwill and reputation are irreparably damaged when the Warren Photographic Work is used on unauthorized goods. It is further irreparably harmed by the unauthorized use of the Warren Photographic copyrighted material because infringers take away Warren Photographic's ability to control the nature and quality of products bearing the Warren Photographic Work and derivative works.

12. Warren Photographic is further irreparably damaged due to a loss of exclusivity. The copyright rights in the Warren Photographic Work are meant to be exclusive rights.

13. The marketing and distribution of the Warren Photographic Work and derivative works are aimed at growing and sustaining sales. When infringers use the Warren Photographic Work without authorization, the exclusivity associated with the Warren Photographic Work, as well as Warren Photographic's reputation, is damaged and eroded, resulting in a loss of unquantifiable future sales.

14. Uncontrolled profiteering and pirating of the Warren Photographic Work create the impression that the copyright rights associated with the Warren Photographic Work may be infringed with impunity. The Warren Photographic Work is distinctive and signifies to consumers that the products are authorized by Warren Photographic and are manufactured to its high-quality standards. When infringers use the Warren Photographic Work on goods without authorization, the exclusivity of its products and reputation are damaged and eroded, resulting in a loss of unquantifiable future sales. The devaluing of the intellectual property associated with the Warren Photographic Work cannot be compensated for

financially since it erodes Warren Photographic's ability to monetize the Warren Photographic Work.

15. Warren Photographic will suffer immediate and irreparable injury, loss, or damage if preliminary injunctive relief is not granted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 10, 2026.

Mark Taylor

Mark Taylor